UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN EVANS, | ) NO. CV 09-481-R(E) <br> ) |
| Petitioner, | ) <br> ) |
| v. | ) JUDGMENT <br> ) |
| DIRECTOR OF CORRECTIONS, | ) <br> ) |
| Respondent. | ) <br> ) |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: June 15, 2009.

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE